Certificate Number: 01356-FLS-DE-025114662

Bankruptcy Case Number: 15-10251



01356-FLS-DE-025114662

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2015, at 2:28 o'clock PM EST, Antwyne S Glover completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   March 3, 2015              By:    /s/Dave Fleenor for Victoria Wright

                                   Name:  Victoria Wright

                                   Title: Executive Director of Education